IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CIVIL ACTION FILE NO. 4:11-cv-00207-BAE -GRS

| | |
|---|---|
| FIRST CITIZENS BANCSHARES, INC., ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> FIRST CITIZENS BANK, ) <br> Defendant ) | STIPULATION OF DISMISSAL <br> *WITHOUT PREJUDICE* |

Plaintiff First Citizens BancShares, Inc. and Defendant First Citizens Bank, by and through their respective undersigned attorneys of record, hereby stipulate and agree that all matters in controversy between them that are the subject of the dispute that has given rise to this civil action have been compromised, settled and resolved, and that, pursuant to the provisions of Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, this civil action and claims asserted in this civil action should be, and hereby are, dismissed, *without prejudice*. Each party shall bear the costs, expenses and attorneys fees which they have incurred in connection with this civil action.

APPROVED :

B. Avant Edenfield
Judge, U. S. District Court / SDGA

6 - 6 - 2012

[SIGNATURES BEGIN ON NEXT PAGE]